IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ASHLEY R. MAYS                                                                                    PLAINTIFF

v.                              Case No. 2:15-CV-2105

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 10th day of May, 2016.

/s/P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE